# United States District Court
## For The Western District of North Carolina
## Asheville Division

FILED
ASHEVILLE, N.C.
JUN 13 2005
U.S. DISTRICT COURT
W. DIST. OF N.C.

TERRANCE JAMES,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        1:05cv225-02-MU

DRENDA RAY, Correctional
Officer at the Marion
Correctional Institution,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2005 Order.

                                            FRANK G. JOHNS, CLERK

June 13, 2005

                                     BY: *Elizabeth Barton* (signature)
                                          Elizabeth Barton, Deputy Clerk